NOT DESIGNATED FOR PUBLICATION

IN THE SUPREME COURT OF THE STATE OF KANSAS

No. 112,010

STATE OF KANSAS,
*Appellee*,

v.

WILLIAM J. OUTHET,
*Appellant.*

MEMORANDUM OPINION

Appeal from Johnson District Court; BRENDA M. CAMERON, judge. Opinion filed November 17, 2017. Petition for review improvidently granted.

*Michelle A. Davis*, of Kansas Appellate Defender Office, argued the cause and was on the brief for appellant.

*Sara L. Walton*, assistant district attorney, argued the cause, and *Shawn E. Minihan*, assistant district attorney, *Stephen M. Howe,* district attorney, *Steven J. Obermeier*, senior deputy district attorney, and *Derek Schmidt*, attorney general, were on the briefs for appellee.

PER CURIAM:  We determine that the petition for review in this case was improvidently granted. This decision is identical in effect to a denial of the petition for review in the first instance, and a "'denial of a petition for review imports no opinion on the merits of the case.'" *State v. Eisenhour*, 305 Kan. 409, 411, 384 P.3d 426 (2016) (quoting Supreme Court Rule 8.03[g] [2017 Kan. S. Ct. R. 56]).

Petition for review improvidently granted.